In The


Court of Appeals


Sixth Appellate District of Texas at Texarkana



______________________________



No. 06-08-00226-CR


______________________________




JARRARD MCGARY, Appellant



V.



THE STATE OF TEXAS, Appellee




 


On Appeal from the 5th Judicial District Court


Bowie County, Texas


Trial Court No. 96-F-377-5




 




Before Morriss, C.J., Carter and Moseley, JJ.


Memorandum Opinion by Justice Moseley



MEMORANDUM OPINION



 Jarrard McGary, pro se appellant, has filed with this Court a motion to dismiss his appeal
from the denial of his request for post-conviction DNA testing.

 McGary's attorney filed an Anders (1) brief March 23, 2009, and simultaneously filed his
motion to withdraw and advised McGary of his right to review the record and to file a pro se
response.

 McGary has requested, and been granted, three extensions of time by this Court to file his
pro se response, stating in his requests for extensions that he has not received the full record from
the district clerk. We have contacted the district clerk, who has assured us that she has sent
everything she has to McGary. According to the district clerk, the last portion of the record McGary
is evidently requesting does not belong to the district clerk, but belongs to McGary's trial counsel. 
It also appears that this record is not of the DNA hearing, but of his underlying 1997 trial for murder.

 This Court, and the district clerk, having done all we can to accommodate McGary's requests
for the record, and McGary now having requested to dismiss his appeal, we grant the motion.


 We dismiss the appeal.



 Bailey C. Moseley

 Justice


Date Submitted: September 9, 2009

Date Decided: September 10, 2009


Do Not Publish


1. See Anders v. California, 386 U.S. 738 (1967).


e="Subtitle"/>
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 












 
 
 
 
 
 
 




 

 

 

 

 

 

 

 

 

                                                         In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-11-00005-CR

                                                ______________________________

 

 

                                             JARVIS
HILL, Appellant

 

                                                                V.

 

                                     THE STATE OF TEXAS, Appellee

 

 

                                                                                                  


 

 

                                       On Appeal from the 115th
Judicial District Court

                                                            Upshur County, Texas

                                                            Trial
Court No. 15,449

 

                                                        
                                          

 

 

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                        Memorandum Opinion by Chief Justice Morriss








                                                      MEMORANDUM OPINION

 

            Appellant,
Jarvis Hill, filed a notice of appeal January 6, 2011, from his conviction for
aggravated robbery with a deadly weapon. 
Hill also filed a motion for new trial. 
The trial court subsequently granted that motion for new trial, and Hill
has therefore filed a motion to dismiss his appeal.  

            When the
trial court grants a motion for new trial, it restores the case to its position
before the former trial.  Tex. R. App. P. 21.9(b).  Because there is no conviction from which to
appeal, we have no jurisdiction to consider Hills appeal.  See
Waller v. State, 931 S.W.2d 640, 64344 (Tex. App.Dallas 1996, no pet.).

            Consequently,
Hills motion to dismiss is granted, and we dismiss the appeal as moot.

 

 

 

                                                                                    Josh
R. Morriss, III

                                                                                    Chief
Justice

 

Date Submitted:          February
16, 2011       

Date Decided:             February
17, 2011

 

Do Not Publish